No. 94–586. JOHNSON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–589. LEBLANC ET VIR *v.* MEZA ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 94–602. HENDERSON *v.* KESSLER ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–620. BUCHBINDER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 94–629. DASS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–639. MCKENNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–641. SHIELDS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–656. TRAXLER *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–663. CASAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–678. DADDONA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–679. SCOTT *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 94–696. MENZER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–700. THOMAS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–702. KASSOUF ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5196. STEPHENS *v.* THOMAS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 94–5202. CASHIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.